**FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT**
**UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,**
**Subchapter VI**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____ DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED - - - -

JAN 10 2022

JULIA C. DUDLEY, CLERK
BY: _A Beeson_
DEPUTY CLERK

Melissa Wailes ,          )
                          )
    Plaintiff,            )
                          )
v.                        )     Civil Action No.: 7:22CV12
                          )     (To be assigned by Clerk of District Court)
Louis DeJoy                )
united States Postal Ser.  )     Jury Trial:    Yes    No
                          )               (circle one)
                          )
    Defendant(s).         )
(Enter the full name(s) of ALL parties in this lawsuit.   )
Please attach additional sheets if necessary).            )

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

    Name:    Melissa Wailes

    Address:  5400 Bernard dr. #C302 Roanoke VA 24018

    Telephone Number:    347-638-0175

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

    a. Defendant No. 1

    Name:    Louis DeJoy United States Postal Service

    Address:  _____

b.  Defendant No. 2

Name:   _____

Address:   _____

**NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

3.  On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

_____ Dec 2019 _____

4.  On what day was your complaint filed with the Equal Employment Opportunities Commission?

_____ Dec 2019 _____

5.  What action did the Commission or its representatives take in regard to your complaint?

_____ Investigation _____

_____

_____

6.  If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

_____ yes _____

7.  If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

_____ NO (Today makes 90 days _____

8.  Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

_____ NO _____

If your answer to 8. is yes, describe the action in the spaces below.

a.  Parties to the action:

_____ N|A _____

b.  Court (if federal court, give district; if state court, name the city or county):

_____ N/A _____

c.  Docket Number: _____ N/A _____

d.  Judge's Name: _____ N/A _____

e.  Is the case still pending: _____ N/A _____     If not, what was the ruling? _____

_____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc.  Check here if additional sheets of paper are attached:** ☐

9.  Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes          ☒ No          ☐ I DON'T KNOW

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

_____ N/A _____

_____

_____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A.  What was or is your employer? _United States Postal Service_

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

_Eric Doloff  Plant Manager_

_Joel Farstler  Manager_

C. If you were fired, what reasons were given for your discharge?

_I was suspended for 9 months_

_for Sexual harrassment_

If you disagree with those reasons, what do you think were the real reasons?

_gay Black Female_

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? _____yes_____

E. If so, did you file a grievance with your employer?

_yes_

If you did, what action was taken? _After 9 months Returned_

_back to duty w/ discipline_

4

F.  In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

G.  If you were fired, have you been working since that time? ___~~No~~ yes____

If yes, for whom have you worked? _Security and Group Home_

What did you do? _Security and was a youth Counselor_

If you did not get another job, have you received unemployment compensation? _No_

5

If yes, for how long?

_____ *No* _____

H.  What relief do you want from this court?  For example:

Do you want your job back?

_____ *No  I am seeking Restitation* _____

Have you suffered any damages? *mental And Emotional STRESS*

If so, how much? _____ *150,000* _____

OTHER:

_____

_____

_____

**Attach additional sheets of paper as necessary and label this information as paragraph I.,
etc.  Check here if additional sheets of paper are attached.** ☐

Signature of Plaintiff _____ *Melissa Wade* _____

VERIFICATION

State of ____ *Virginia* _____

County of ____ *Roanoke* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __ *7* __ day of *January* , *2022* .

Signature of Plaintiff _____

M. Wailes
5400 Bernard drive #C302
Roanoke va, 24018



U.S. POSTAGE PAID
FCM LG ENV
ROANOKE, VA
24014
JAN 07, 22
AMOUNT
**$1.56**
R2305K143159-03

1000

24011

united States District court
210 Franklin Road S.W.
Suite 540
Roanoke VA 24011